IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

     Petitioner,                   No. CIV S-06-0290 GEB DAD P

     vs.

TOM CAREY, Warden, et al.,

     Respondents.            <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or submitted an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to pay the filing fee or submit a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or an application to proceed in forma pauperis; petitioner's failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

/////

Dockets.Justia.com

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district in habeas corpus proceedings.
3 DATED: February 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:13:bb
hawk0290.101a

2