IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

      Petitioner,                    No. CIV S-06-0290 ALA HC

  vs.

TOM CAREY, Warden, et al.,

      Respondents.              ORDER

_____/

      Petitioner Shawn Hawk is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Since Petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, Respondent will be directed to file a response to Petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

          1. Respondent is directed to file a response to Petitioner's habeas petition within thirty-five (35) days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases;

          2. If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed and served within thirty-five (35) days after service of the answer;

1

1      3. If the response to the habeas petition is a motion, Petitioner's opposition or
2  statement of non-opposition to the motion shall be filed and served within thirty-five (35) days
3  after service of the motion, and Respondent's reply, if any, shall be filed and served within
4  fourteen (14) days thereafter; and
5      4. The Clerk of the Court shall serve a copy of this order together with a copy of
6  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
7  Senior Assistant Attorney General.
8  /////
9  DATED: December 21, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation