IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Petitioner,                   No. CIV S-06-0290 ALA HC

    vs.

TOM CAREY, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

      Petitioner Shawn Hawk is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2008, respondent filed a motion to dismiss. The court requests petitioner file a response prior to the court issuing a ruling.

      Therefore, in accordance with the above, IT IS HEREBY ORDERED that petitioner file a response to respondent's January 25, 2008, motion to dismiss within thirty-five (35) days of the date of this order.

/////

DATED: January 29, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1