IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Petitioner,    Case No. 2:06-cv-00290 ALA (HC)

  vs.

TOM CAREY, Warden, et al.,

    Respondents.    ORDER

_____/

On January 25, 2008, Respondent filed a Motion to Dismiss. (Doc. 17). On February 29, 2008, Petitioner filed an opposition to the motion. (Doc. 19). IT IS HEREBY ORDERED that Respondent file a reply to Petitioner's opposition to the Motion to Dismiss on or before May 13, 2008.

/////

DATED: April 29, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
                                        Sitting by Designation