IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

     Petitioner,                  No. 2:06-cv-00290 ALA (HC)

    vs.

MATTHEW C. KRAMER, Warden, et al.,

     Respondents.[1]            ORDER

_____/

     Shawn Hawk, a state prisoner proceeding pro se, has timely filed a notice of appeal from this Court's August 4, 2008 order denying his application for a writ of habeas corpus relief pursuant to 28 U.S.C. § 2254(a). Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); FED. R. APP. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. FED. R. APP. 22(b).

/////

---

[1] Matthew C. Kramer is substituted for his predecessor, Tom Carey, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

1      For the reasons set forth in the Court's August 4, 2008 order, petitioner has not made a
2 substantial showing of the denial of a constitutional right. Accordingly, a certificate of
3 appealability will not issue in this action.
4      IT IS SO ORDERED.
5 /////
6 DATED:     August 18, 2008

7                            /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT JUDGE
8                              Sitting by Designation